**CADES SCHUTTE**
A Limited Liability Law Partnership

TREVER K. ASAM 8133
LINDSAY N. MCANEELEY 8810
1000 Bishop Street, Suite 1200
Honolulu, HI 96813
Telephone: (808) 521-9200
Email: tasam@cades.com
lmcaneeley@cades.com

**WILEY REIN**
A Limited Liability Law Partnership

CALEB P. BURNS*
JEREMY J. BROGGI*
2050 M Street NW
Washington, DC 20036
Telephone: (202) 719-7000
Email: cburns@wiley.law
jbroggi@wiley.law

**U.S. CHAMBER LITIGATION CENTER**
JONATHAN D. URICK*
KEVIN R. PALMER*
1615 H Street, NW
Washington, DC 20062
Telephone: (202) 463-5337
Email JUrick@USChamber.com
KPalmer@USChamber.com

Attorneys for Plaintiff CHAMBER OF COMMERCE
OF THE UNITED STATES OF AMERICA
* *Pro Hac Vice* Motions Forthcoming

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of Hawai‘i, and NADINE ANDO, in her official capacity as Director of Hawai‘i Department of Commerce and Consumer Affairs,<br><br>Defendants. | CIVIL NO. 1:26-cv-00497-JAO-KJM<br><br>**PLAINTIFF’S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**MEMORANDUM IN SUPPORT OF MOTION**<br><br>**DECLARATION OF JENNINGS IMEL**<br><br>**EXHIBIT A** |

**CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Chamber of Commerce of the United States of America ("the Chamber") hereby moves to preliminarily enjoin Defendants from enforcing Hawai'i's Act 11 (2026) both facially and as applied to the Chamber for the reasons set forth in the accompanying Memorandum in Support of Motion. *See generally* Relating to the Powers of Artificial Persons, S.B. No. 2471, 33rd Leg., Reg Sess., 2026 Haw. Sess. Laws Act 11, *available at* https://tinyurl.com/45xv8cfb ("Act 11").

The Chamber respectfully requests that the Court grant this Motion and preliminarily enjoin Defendants and their agents, officers, commissioners, employees, and anyone acting in concert or participation with them, including their successors in office, from enforcing the following provisions of Act 11:

- Section 1 (uncodified).
- Section 2 (uncodified).
- Section 8 (amending Haw. Rev. Stat. § 414D-14).
- Section 9 (amending Haw. Rev. Stat. § 414D-51).
- Section 10 (amending Haw. Rev. Stat. § 414D-52).
- Section 11 (amending Haw. Rev. Stat. § 414D-54).
- Section 23 (to be codified as Chapter A of Haw. Rev. Stat. Title 23).

This motion is made pursuant to Rules 7(b) and 65 of the Federal Rules of Civil Procedure, and is based upon the accompanying Memorandum in Support of Motion, declarations, exhibits, and by such other matters as may be presented to this Court in any related briefing or hearing.

DATED: Honolulu, Hawai‘i, September 24, 2026.

*/s/ Trever K. Asam*
TREVER K. ASAM
LINDSAY N. MCANEELEY
CALEB P. BURNS*
JEREMY J. BROGGI*
JONATHAN D. URICK*
KEVIN R. PALMER*

Attorneys for Plaintiff
CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA
* *Pro Hac Vice* Motions Forthcoming