**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br>v.<br><br>**ANNE E. LOPEZ**, in her official capacity as Attorney General of Hawai'i, and **NADINE ANDO**, in her official capacity as Director of Hawai'i Department of Commerce and Consumer Affairs,<br><br>Defendants. | CIVIL NO. ______________<br><br>**DECLARATION OF JENNINGS IMEL** |

**DECLARATION OF JENNINGS IMEL**

I, Jennings Imel, hereby declare as follows:

1. I am Vice President of the Western Region in the Government Affairs Division at the Chamber of Commerce of the United States of America ("the Chamber"). I am responsible for legislative and political grassroots activities in Hawai'i, among other western states, in support of the Chamber's national public-policy goals. Unless otherwise stated, this declaration is based on my personal knowledge and belief and my review of the Chamber's internal records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the contents of this declaration.

2. I am over 18 years of age, a citizen of the United States, and of sound mind.

3. The Chamber is the world's largest business organization. As the nation's leading advocate for business, the Chamber represents companies and professional organizations of every size, in every industry sector, and from every region of the country. An important function of the Chamber is to represent the interests of its members in matters before Congress, the Executive Branch, and the courts. To that end, the Chamber regularly litigates on behalf of its members in federal court on issues of concern to the nation's business community, including the exercise of their First Amendment rights. The Chamber is a 501(c)(6) non-profit organization, incorporated under the laws of the District of Columbia, with its headquarters at 1615 H Street, NW, Washington DC 20062. It has no parent corporation.

4. As the nation's leading voice for business, the Chamber regularly participates in political speech, including election-related speech and associational activities. For example, the Chamber has repeatedly endorsed Representative Ed Case for Hawai'i's 1st Congressional District. Such political speech also includes the dissemination of electioneering communications and similar advertisements that refer favorably or unfavorably to candidates and discuss their stance on various

issues.

5. The Chamber recently conducted a six-figure advocacy campaign supporting the One Big Beautiful Bill Act. It involved 32 billboards across the country as well as paid digital advertising. The campaign referenced fourteen U.S. Representatives and two U.S. Senators. It was designed to educate constituents on the benefits of making certain tax cuts permanent, thanking lawmakers who were supporting this pro-growth policy, and in some cases, drawing attention to those Members of Congress who were not supportive of the bill.

6. The Chamber is similarly involved in state-level communications. For example, the Chamber contributed $1.5 million to the North Carolina Chamber of Commerce during the 2022 mid-term cycle to fund advocacy in support of North Carolina candidates for state office who align with the Chamber's values.

7. The Chamber has launched a multi-phase, multi-year strategic initiative known as the New Fight for Free Enterprise, in which the Chamber is working to defend and renew America's economic foundation. For 250 years, free enterprise has been the foundation of American growth, innovation, and rising living standards. Yet today, this system is being steadily undermined. An organized movement is working to erode public support for free enterprise and business and to give government more power to determine market outcomes.

8. The Chamber is responding in four key areas nationwide. First, the

Chamber is competing directly in the public arena through a modern and data-driven communications effort to ensure that free enterprise is represented accurately in the national and local conversation. Second, the Chamber is strengthening its network of state and local partners to ensure that free enterprise has well-coordinated defenders in every state where the future of the economy is being shaped. Third, the Chamber is using its litigation capacity both offensively and defensively to help protect the ability of businesses to operate and compete freely. Fourth, the Chamber is investing in a long-term effort to build a pipeline of pro-growth leaders—engaging with candidates early, strengthening relationships, and providing them with the knowledge and support they need to advance free enterprise.

9. On September 18, 2026, the Chamber launched a national bus tour in support of free enterprise, known as the Opportunity Tour. Departing from the U.S. Chamber's D.C. headquarters, the Free Enterprise Express bus will spend six weeks traveling through key states, cities, and communities to drive the debate on economic policy. This Opportunity Tour will promote the message of free enterprise and underscore that free enterprise is a prevalent election-related issue in 2026 and beyond. The tour will put a national spotlight on the local leaders, businesses, and workers fueling growth and opportunity across America. Along the way, the Chamber will also showcase its support for pro-growth officeholders in these communities who are running for public office and have defended free enterprise.

We will hold dozens of public-facing events, including at local chambers, and we will amplify the Opportunity Tour through a nationwide communications effort.

10. The Chamber also intends to launch a complementary digital communications voter-education effort in parallel to this Opportunity Tour around the country, including in locations such as Hawaiʻi where the Free Enterprise Express bus will not visit, to ensure wider distribution of our message. Like the New Fight for Free Enterprise, this will be a multi-phase, multi-year communications effort, lasting longer than the Opportunity Tour, designed to educate Americans about the virtues and benefits of free enterprise and the dangers of socialism. Over time, this voter-education effort will become more targeted, moving from the initial phase discussing general free-enterprise principles to more specific discussion of particular candidates' alignment with or opposition to those principles.

11. This effort will begin during the current 2026 election cycle with communications advocating generally in favor of free enterprise and against socialism. For this initial phase of the Chamber's voter-education strategy, we intend to target jurisdictions, including Hawaiʻi, where the Democratic Socialists of America have endorsed candidates for public office during the current election cycle or previously. The Chamber believes that Hawaiʻi is an important forum for its message because debates concerning free enterprise, government control of economic outcomes, and the proper role of business in public life have become

increasingly prominent in the State.

12. The Chamber intends to continue its New Fight for Free Enterprise initiative beyond 2026. Parallel to that ongoing nationwide initiative, the Chamber presently intends to engage in and expand its complementary digital voter-education communications across the country during the 2027-2028 election cycle and beyond. This next phase of the Chamber's broader voter-education strategy will continue the Chamber's advocacy in favor of free enterprise and against socialism. It will include more targeted communications in Hawai'i supporting or opposing candidates for Hawai'i state office whose positions affect free-enterprise principles and the business community.

13. Act 11 exemplifies the growing challenge to free-enterprise principles in Hawai'i. The legislation was sponsored and supported by elected officials who continue to shape Hawai'i's economic and regulatory policies and whose positions on free-enterprise issues remain matters of public concern.

14. The Chamber intends to communicate with Hawai'i voters during the 2027-2028 election cycle regarding Hawai'i state candidates' positions on free enterprise, including their support for or opposition to Act 11 and other measures affecting the business community. In the course of discussing free-enterprise principles, the Chamber's planned Hawai'i communications will identify specific candidates for Hawai'i state office by name and will support or oppose those

candidates, directly or indirectly, by discussing with approval or disapproval their alignment with those principles and their positions on various other issues affecting the business community. In particular, the Chamber presently intends to disseminate communications in Hawaiʻi referring favorably or unfavorably to specific candidates for Hawaiʻi state office by expressing approval or disapproval of their positions on free enterprise and alternative economic and political systems such as socialism.

15. During the 2027-2028 election cycle, the Chamber likewise specifically intends to inform Hawaiʻi voters about various positions taken by specific candidates for Hawaiʻi state office, including those who supported, opposed, or continue to defend Act 11. The Chamber presently intends to disseminate communications in Hawaiʻi referring favorably or unfavorably to specific candidates for Hawaiʻi state office by expressing approval or disapproval of their positions on Act 11, among other measures affecting free enterprise and the business community.

16. In preparing these planned communications about candidates for Hawaiʻi state office, the Chamber would evaluate such candidates' positions on matters affecting free enterprise, develop messaging concerning those positions, and determine appropriate channels for communicating with Hawaiʻi constituents. The Chamber will undertake those communications about Hawaiʻi state candidates and officeholders as part of its planned multistate advocacy efforts so long as Hawaiʻi does not prohibit it from doing so.

17. However, I understand that, as of July 1, 2027, Hawai'i Act 11 will make it unlawful for non-Hawai'i corporations like the Chamber to expend or contribute funds in Hawai'i directly or indirectly supporting or opposing candidates, political committees, political parties, or ballot initiatives.

18. If Hawai'i officials are not enjoined from enforcing Act 11, the Chamber fears that, if it carries out the planned expenditures and communications described above, Hawai'i will deem them unlawful under Act 11. I understand that the penalties for violating Act 11's restrictions are highly punitive. The Chamber fears that it will be subject to these penalties if it carries out its planned communications in Hawai'i during the 2027-2028 election cycle. Unless Act 11's enforcement is enjoined, the Chamber will not engage in its planned communications supporting or opposing candidates for Hawai'i state office during the 2027-2028 election cycle.

19. Act 11 therefore leaves the Chamber uncertain as to whether it will be able to engage in the political activity that it is preparing to otherwise undertake. The Chamber is planning its nationwide advocacy efforts for the 2027–2028 election cycle now. Planning, budgeting, and message development for the Chamber's communications cannot occur overnight. The Chamber accordingly must now undertake those preparation activities for the Hawai'i communications that it intends to make during the 2027–2028 election cycle after Act 11 takes effect on July 1,

2027. As a result, Act 11 is already impeding the Chamber's planning for communications supporting or opposing candidates for Hawai'i state office during the 2027-2028 election cycle. And those harmful and disruptive chilling effects will only grow as that election cycle approaches and the Chamber must make final approvals for such communications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2026

Jennings Imel