# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 1:26-cv-00497-LEK-KJM |
| CASE NAME: | Chamber of Commerce of the United States of America v. Lopez, et al |

JUDGE: Leslie E. Kobayashi DATE: 11/6/2026

COURT ACTION: EO: ORDER VACATING HEARING SCHEDULED FOR NOVEMBER 19, 2026 AND TAKING MATTER UNDER ADVISEMENT

On September 24, 2026, Plaintiff Chamber of Commerce of the United States of America ("the Chamber") filed a Motion for Preliminary Injunction ("Motion"). [Dkt. no. 10.] Defendants Anne E. Lopez, in her official capacity as Attorney General of Hawai`i, and Nadine Ando, in her official capacity as Director of Hawai`i Department of Commerce and Consumer Affairs ("Defendants"), filed their memorandum in opposition to the Motion on October 22, 2026 ("Memorandum in Opposition"). [Dkt. no. 33.] The Chamber filed a reply on November 5, 2026. [Dkt. no. 36.] A hearing on the Motion is scheduled for November 19, 2026.

Having reviewed the parties' memoranda and the applicable law, the Court FINDS that a hearing on the Motion is not necessary because oral argument will not aid the Court in deciding the issues presented in the Motion. See Local Rule LR7.1(c). The hearing on the Motion is VACATED and the matter is taken under advisement. The Court will issue a written order ruling on the Motion.

IT IS SO ORDERED.

Submitted by: Carla Cortez, Courtroom Manager